[No. 68976-2-I.   Division One.   December 16, 2013.]

HU YAN, *Individually and as Personal Representative, Appellant*, v. PLEASANT DAY ADULT FAMILY HOME, INC., P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-35293-7, John P. Erlick, J., entered May 10, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Dwyer, JJ.

[No. 69133-3-I.   Division One.   December 16, 2013.]

*In the Matter of the Marriage of* MARY M. WRIGHT, *Respondent*, and KIM B. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-02992-5, William L. Downing, J., entered July 31, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ. Now published at 179 Wn. App. 257.

[No. 69438-3-I.   Division One.   December 16, 2013.]

AARON BELL, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-03156-8, Marybeth Dingledy, J., entered October 15, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Verellen, J.

[No. 69515-1-I.   Division One.   December 16, 2013.]

SIMONA VULETIC ET AL., *Appellants*, v. DARRELL R. MCKISSIC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-44358-2, Monica J. Benton, J., entered August 10, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Verellen, JJ.